UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KITO DION FIELDS,<br><br>    Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA; et al.,<br><br>    Defendants.<br>                                / | No. C 12-5932 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 20, 2013

                                                      _____<br>                                                      SUSAN ILLSTON<br>                                                 United States District Judge