UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KITO DION FIELDS,

        Plaintiff,

    v.

BANK OF AMERICA; et al.,

        Defendants.

                        /

No. C 12-5932 SI (pr)

**JUDGMENT**

This action is dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 20, 2013

                              SUSAN ILLSTON
                       United States District Judge

**United States District Court**
For the Northern District of California